UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DERRICK PALMER, KENDIA MESIDOR, BENITA ROUSE, ALEXANDER ROUSE, BARBARA CHANDLER, and LUIS PELLOT-CHANDLER,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>AMAZON.COM, INC. and AMAZON.COM SERVICES LLC,<br><br>　　　　　　　Defendants. | No: 1:20-cv-02468-BMC<br><br>**NOTICE OF APPEARANCE** |

　　PLEASE TAKE NOTICE that I, Frank Kearl, of Make the Road New York, hereby enter an appearance for Plaintiffs Derrick Palmer, Kendia Mesidor, Benita Rouse, Alexander Rouse, Barbara Chandler, and Luis Pellot-Chandler, in the above-captioned action, and request that copies of all papers in this action be served upon me at the address stated below.

　　I certify that I am admitted to practice before this Court.


Dated: June 26, 2020
　　　　Brooklyn, New York

Respectfully submitted,

　_/s/ Frank Rankin Kearl_
Frank Rankin Kearl
MAKE THE ROAD NEW YORK
161 Port Richmond Ave.
Staten Island, NY 10302
Telephone: (718) 727-1222 x3401
frank.kearl@maketheroadny.org

*Attorney for Plaintiffs*