# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                        :

DERRICK PALMER, KENDIA MESIDOR,   :
BENITA ROUSE, ALEXANDER ROUSE,   :
BARBARA CHANDLER, and LUIS         :
PELLOT-CHANDLER,                    :

           Plaintiffs,       :   Case No. 1:20-cv-2468-BMC

    vs.                          :

AMAZON.COM, INC. and AMAZON.COM  :
SERVICES LLC,                     :

          Defendants.     :
---------------------------------------------------------x

**<u>SUPPLEMENTAL DECLARATION OF MEGHAN FITZGERALD</u>**

I, Meghan Fitzgerald, declare as follows:

1.     I am the Workplace Health & Safety ("WHS") Manager for Amazon.com Services, LLC ("Amazon") at the JFK8 facility ("JFK8").

2.     Attached to this declaration as **Exhibit A** is a true and correct copy of the first page of an "inSITES" e-mail that JFK8's general manager sent to all associates at JFK8 on July 13, 2020.  Since mid-April, JFK8's general manager has sent a weekly "inSITES" email to all JFK8 associates that provides updates about the site's health and safety efforts.  The inSITES email sent on July 13 states: "In response to COVID-19, since mid-March 2020, we have temporarily suspended our productivity feedback and provided additional time during breaks so that associates can maintain a safe environment through social distancing, hand washing, sanitizing work stations, and using the restroom.  These changes still remain in place to allow associates time to continue these safety measures as necessary without worrying about feedback.

As a reminder, time spent adhering to these safety measures will not be subject to feedback relating to TOT.  Please continue to flag any barriers so that we can support you as you perform at your best."  *See* Ex. A.

3.     On July 13, 2020, Amazon also displayed "inSTALLments" posters, which contain the same message regarding productivity feedback and TOT as the inSITES email, in the bathrooms at JFK8.

I declare, under penalty of perjury, that the foregoing is true and correct.  Executed on this 13th day of July, 2020 in Staten Island, New York.

Dated:  July 13, 2020

                                        */s/ Meghan Fitzgerald*
                                        Meghan Fitzgerald

# EXHIBIT A



# This Week at JFK8...

Friday July 10th 2020

7/13-7/15: MET SCHEDULE ON PAGE 3



Our focus continues to remain on your health and safety during the continued COVID-19 pandemic. In response to COVID-19, since mid-March 2020, we have temporarily suspended our productivity feedback and provided additional time during breaks so that associates can maintain a safe environment through social distancing, hand washing, sanitizing work stations and using the restroom. These changes still remain in place to allow associates time to continue these safety measures as necessary without worrying about feedback. As a reminder, time spent adhering to these safety measures will not be subject to feedback relating to TOT. Please continue to flag any barriers so that we can support you as you perform at your best. We will provide plenty of notice when we return to normal operations and resume individual performance assessments.



**Chatbot** located at the bottom of the A to Z home screen

Remember, I can help you with the following:

- Submit time card updates
- Give information on Time, Schedule, Payroll and Transfer
- Provide Covid-19 updates

If you think your request cannot be solved by me, you can go to the HR Cases portal to create a case for your issue.

## JFK8 Weather Hotline:

# 1-855-579-1766

## *Option #3*

### 2020 Atlantic hurricane season

JFK8 Wants to ensure all employees are personally prepared for the 2020 hurricane season. Scan the QR code to make sure you have all the supplies you need in the event of an emergency. Checklist provided by the RedCross

*For your own preparedness checklist SCAN HERE >*





**Are _you_ in the club?!**

With the recent UPT accrual balance on July 1st many Amazonians became members of the 80 hour UPT club!
If your UPT accrual balance is at 80 hour, speak with your AM they've got a surprise for you!