UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
:
DERRICK PALMER, KENDIA MESIDOR,                            :
BENITA ROUSE, ALEXANDER ROUSE,                            :
BARBARA CHANDLER, LUIS PELLOT-                            :
CHANDLER, and DEASAHNI BERNARD,                            :
:
          Plaintiffs,       :   Case No. 1:20-cv-2468-BMC
:
   vs.                                 :   **Oral Argument Requested**
:
AMAZON.COM, INC., and AMAZON.COM                          :
SERVICES LLC,                                             :
:
          Defendants.       :
:
-----------------------------------------------------------x

## DECLARATION OF JASON C. SCHWARTZ IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS

I, Jason C. Schwartz, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.     I am a partner at the law firm of Gibson, Dunn & Crutcher LLP and counsel to Defendants Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon") in the above-captioned action.  I am licensed to practice law in the Commonwealth of Virginia, the State of Maryland, and the District of Columbia.  I was admitted *pro hac vice* on behalf of Amazon to the U.S. District Court for the Eastern District of New York on June 25, 2020.

2.     I submit this declaration in support of Defendants' Reply in Support of Their Motion to Dismiss, dated September 1, 2020.

3.     Attached hereto as Exhibit A is a true and correct copy of the brief that the U.S. Department of Labor filed in *Does v. Scalia*, No. 3:20-cv-1260 (M.D. Pa.) on August 21, 2020.

4.     Attached hereto as Exhibit B is a true and correct copy of the transcript of the hearing held in *Does v. Scalia*, No. 3:20-cv-1260 (M.D. Pa.) on July 31, 2020.

5.      Attached hereto as <u>Exhibit C</u> is a true and correct copy of the brief that the New York Attorney General filed in *Quirk v. Difiore*, No. 1:20-cv-5027 (S.D.N.Y.) on August 7, 2020.

6.      Attached hereto as <u>Exhibit D</u> is a true and correct copy of the order issued by the court in *Wortman v. Princess Cruise Lines Ltd.*, No. 2:20-cv-4169 (C.D. Cal.) on August 21, 2020.

Dated: Rockville, Maryland
   September 1, 2020

           */s/ Jason C. Schwartz*
           Jason C. Schwartz