UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
DERRICK PALMER, KENDIA MESIDOR, BENITA
ROUSE, ALEXANDER ROUSE, BARBARA CHANDLER,
LUIS PELLOTCHANDLER, and DEASAHNI BERNARD,

                Plaintiffs,              JUDGMENT
                                                      20-cv-2468 (BMC)

    -against-

AMAZON.COM, INC. and AMAZON.COM
SERVICES LLC

                Defendants.
------------------------------------------------------------ X

        A Memorandum, Decision, and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on November 2, 2020, granting Defendants' motion to dismiss; dismissing Plaintiffs' public nuisance and NYLL § 200 claims without prejudice pursuant to the doctrine of primary jurisdiction; and dismissing Plaintiffs' NYLL § 191 claims with prejudice; it is

        ORDERED and ADJUDGED that Defendants' motion to dismiss is granted; that Plaintiffs' public nuisance and NYLL § 200 claims are dismissed without prejudice pursuant to the doctrine of primary jurisdiction; and that Plaintiffs' NYLL § 191 claims are dismissed with prejudice.

Dated: Brooklyn, NY                                          Douglas C. Palmer
       November 3, 2020                               Clerk of Court

                                                  By:     /s/*Jalitza Poveda*
                                                                Deputy Clerk