### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DERRICK PALMER, KENDIA MESIDOR, BENITA ROUSE, ALEXANDER ROUSE, BARBARA CHANDLER, LUIS PELLOT-CHANDLER, and DEASAHNI BERNARD,<br><br>Plaintiffs<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON.COM SERVICES, LLC,<br><br>Defendants. | No. 1:20-cv-02468-BMC<br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

Notice is hereby given that Plaintiffs Derrick Palmer, Kendia Mesidor, Benita Rouse, Alexander Rouse, Barbara Chandler, Luis Pellot-Chandler, and Deasani Bernard, appeal the order of dismissal entered by this Court on November 2 to the U.S. Court of Appeals for the Second Circuit. Because judgment was entered on November 3, 2020, the appeal is taken pursuant to 28 U.S.C. § 1291 and is timely under Federal Rule of Appellate Procedure 4.

| | |
|---|---|
| Dated: November 24, 2020<br>New York, NY | By: /s/ Karla Gilbride<br>Karla Gilbride<br>Stephanie K. Glaberson<br>Public Justice<br>1620 L. St, NW, Suite 630<br>Washington, DC 20036<br>Tel: (202) 797-8600<br>kgilbride@publicjustice.net<br>sglaberson@publicjustice.net<br><br>Juno Turner<br>David H. Seligman*<br>Valerie Collins* |

1

Towards Justice
1410 High Street, Suite 300
Denver, CO 80218
Tel: (720) 441-2236
juno@towardsjustice.org
david@towardsjustice.org
valerie@towardsjustice.org

Sienna Fontaine
Elizabeth Jordan
Frank Rankin Kearl
Make the Road New York
92-10 Roosevelt Avenue
Jackson Heights, NY 11372
(718) 565-8500 x4425
elizabeth.joynesjordan@maketheroadny.org
frank.kearl@maketheroadny.org
sienna.fontaine@maketheroadny.org

Terrell Marshall Law Group PLLC
Beth Terrell*
Toby Marshall*
Blythe Chandler*
Amanda Steiner*
Ryan Tack-Hooper*
Erika Nusser*
936 N. 34th Street, Suite 300
Seattle, Washington 98103
Tel: 206.816.6603
Fax: 206.319.5450
bterrell@terrellmarshall.com
tmarshall@terrellmarshall.com
bchandler@terrellmarshall.com
asteiner@terrellmarshall.com
rtack-hooper@terrellmarshall.com
enusser@terrellmarshall.com

Attorneys for Plaintiffs

*(admitted *pro hac vice*)