IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DERRICK PALMER, KENDIA MESIDOR, BENITA ROUSE, ALEXANDER ROUSE, BARBARA CHANDLER, and LUIS PELLOT-CHANDLER,<br><br>    Plaintiffs<br><br>    v.<br><br>AMAZON.COM, INC. and AMAZON.COM SERVICES LLC,<br><br>    Defendants. |  |

## NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Derrick Palmer, Kendia Mesidor, Benita Rouse, Alexander Rouse, Barbara Chandler, Luis Pellot Chandler, and Deasahni Bernard, through counsel, give notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendants Amazon.com, Inc. and Amazon.com Services LLC.

Dated: December 2, 2022
Washington, DC

By: /s/ Karla Gilbride
Karla Gilbride
Public Justice
1620 L. St, NW, Suite 630
Washington, DC 20036
Tel: (202) 797-8600
kgilbride@publicjustice.net

Juno Turner
David H. Seligman*
Valerie Collins*
Towards Justice

PO Box 371680, PMB 44465
Denver, CO 80237-5680
Tel: (720) 441-2236
juno@towardsjustice.org
david@towardsjustice.org
valerie@towardsjustice.org

Sienna Fontaine
Elizabeth Jordan
Make the Road New York
92-10 Roosevelt Avenue
Jackson Heights, NY 11372
(718) 565-8500 x4425
elizabeth.joynesjordan@maketheroadny.org
sienna.fontaine@maketheroadny.org

Terrell Marshall Law Group PLLC
Beth Terrell*
Toby Marshall*
Blythe Chandler*
Amanda Steiner*
Ryan Tack-Hooper*
Erika Nusser*
936 N. 34th Street, Suite 300 Seattle,
Washington 98103
Tel: 206.816.6603
Fax: 206.319.5450
bterrell@terrellmarshall.com
tmarshall@terrellmarshall.com
bchandler@terrellmarshall.com
asteiner@terrellmarshall.com
rtack-hooper@terrellmarshall.com

Attorneys for Plaintiffs

*(admitted *pro hac vice*)